986 A.2d 46

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Gregory WALLACE, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 14, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of December, 2009, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Did the Superior Court err in finding sufficient probable cause for the issuance of an anticipatory search warrant for Petitioner's home?